**ANDREW F. PLASSE & ASSOCIATES LLC**
ATTORNEY AT LAW
163-07 Depot Road, Suite 205
Flushing, NY 11358-2056
[212] 695-5811

July 9, 2020

Hon. Lewis J. Liman, U.S.D.J.
United States Courthouse
500 Pearl Street
New York, NY 10007

RE: Joseph Adams v. Travelers Casualty
20 CV 2845 (LJL)
Motion to Adjourn Conference scheduled for July 13, 2020 to July 27, 2020 or such other date as the Court deems appropriate

Dear Judge Liman:

I represent the Plaintiff in the above matter. I respectfully request that the Initial Conference scheduled for this matter on July 13, 2020 be adjourned for a period of two weeks. I make this request with the consent of defense counsel, Meg R. Reid of Keane & Associates.

The parties filed a proposed Case Management Schedule on July 6, 2020. Since then there have been deep settlement discussions between the parties in an attempt to resolve this matter without the need for further litigation. My client, unfortunately, is currently residing at the Ulster County Jail. It will take approximately an extra week or two from now to meaningfully discuss the proposed resolution of this matter. [I had discussed settlement issues with him prior to his recent arrest] Therefore I am making the request.

This is the first request for an adjournment of the conference. As we have previously submitted a Case Management Schedule, I do not believe that this adjournment will affect any of the dates we proposed in this matter and have not attached a revised Scheduling Order. As stated above, both sides consent to this request.

Thank you for consideration of this request.

Respectfully submitted,

ANDREW F. PLASSE

AFP/gjn
cc:   Meg R. Reid

---

MEMORANDUM ENDORSED. The Initial Pretrial Conference scheduled for July 13, 2020 is ADJOURNED and will be held instead on August 3, 2020 at 3:00 p.m. SO ORDERED.
7/10/2020

SO ORDERED.

LEWIS J. LIMAN
United States District Judge